**Electronically Filed
Supreme Court
SCPW-21-0000437
03-AUG-2021
11:20 AM
Dkt. 4 ODDP**

SCPW-21-0000437

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

IN RE CARL K. SIMMONS, Petitioner.

ORIGINAL PROCEEDING

<u>ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon consideration of the document submitted by petitioner Carl K. Simmons, which was filed as a petition for writ of habeas corpus on July 26, 2021, and the record, petitioner presents no special reason for this court to invoke its jurisdiction and has alternative means to seek relief, including seeking relief in the circuit court and in the underlying case, as provided by law. See <u>Oili v. Chang</u>, 57 Haw. 411, 412, 557 P.2d 787, 788 (1976). Accordingly,

IT IS HEREBY ORDERED that the petition for writ of habeas corpus is denied.

IT IS HEREBY FURTHER ORDERED that the clerk of the appellate court shall process the petition for writ of habeas corpus without payment of the filing fee.

DATED: Honolulu, Hawaiʻi, August 3, 2021.

/s/ Mark E. Recktenwald
/s/ Paula A. Nakayama
/s/ Sabrina S. McKenna
/s/ Michael D. Wilson
/s/ Todd W. Eddins

